IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Elem, Marquez D | Case Number: 08 B 03538 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 2/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed:  May 12, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 467.50 |
| Trustee Fee: | | 32.50 |
| Other Funds: | | 0.00 |
| Totals: | 500.00 | 500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 3,300.00 | 467.50 |
| 2. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 3. | Sprint Nextel | Unsecured | 301.13 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 2,663.58 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 472.97 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,839.13 | 0.00 |
| 7. | Car Village Auto | Unsecured | | No Claim Filed |
| 8. | US Bank | Unsecured | | No Claim Filed |
| 9. | Rewards 660 | Unsecured | | No Claim Filed |
| 10. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 9,576.81 | $ 467.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 32.50 |
| | $ 32.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Elem, Marquez D

Printed: 02/24/09

Case Number:  08 B 03538
Judge:  Hollis, Pamela S
Filed:  2/15/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: